## UNITED STATES *v.* ATLANTA BELTING CO.

**No. 4575.**—Invoice dated Skipton, England, March 23, 1937.
Certified March 25, 1937.
Entered at Atlanta, Ga., April 14, 1937.
Entry No. 133–A.

(Decided May 19, 1939)

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.

Defendant not represented by counsel.

KINCHELOE, Judge: This collector's appeal to reappraisement has been submitted for decision on a stipulation of fact entered into between the parties hereto.

On the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for determining the value of the merchandise in question, and that such value is 3 shillings, 5 pence, sterling, per pound, less 2½ per centum discount.

Judgment will be rendered accordingly.